# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATHENA QUESADA<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ATRIUM HOSPITALITY LP (a Delaware Limited Partnership), HILTON DOMESTIC OPERATING COMPANY INC. (a Delaware Corporation), HILTON EMPLOYER INC. (a Delaware Corporation), HILTON PROPERTIES, INC. (a California Corporation), HILTON RESORTS CORPORATION (a Delaware Corporation); and DOES 1-100, inclusive,<br><br>　　　　　Defendants. | CASE NO. 2:22-cv-06143 SVW (MAAx)<br>Assigned to District Judge Stephen V. Wilson and Magistrate Judge Maria A. Audero<br><br>[~~PROPOSED~~] **JUDGMENT**<br><br>Action Filed:　　May 15, 2022<br>Date of Removal:　August 29, 2022 |

FORD & HARRISON LLP
ATTORNEYS AT LAW
LOS ANGELES

WSACTIVELLP:14042007.1

Case No. 2:22-cv-06143 SVW (MAAx)
**[PROPOSED] JUDGMENT**

Defendant ATRIUM HOSPITALITY LP ("Defendant" or "Atrium") filed a Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment requesting that summary judgment be entered in favor of Atrium with respect to all claims asserted against it by Plaintiff Athena Quesada ("Plaintiff") in her Complaint.

The Court having read and duly considered the moving, opposing, and reply documents, and having duly considered all evidence and argument presented in connection therewith. Satisfactory proof having been made, and good cause appearing therefore:

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff take nothing, that judgment on the merits is hereby entered in favor of Defendant and against Plaintiff, that there is no triable issue of fact with respect to any of the issues upon which this motion is based, that Atrium is entitled to summary judgment as a matter of law, and that the Motion for Summary Judgment is GRANTED for the reasons set forth in the Court's Order Granting Defendant's Motion for Summary Judgment, or in the alternative, Partial Summary Judgment [Doc. No. 39].

**IT IS SO ORDERED.**

Dated: __June 2, 2023_____, 2023

_____
Honorable Stephen V. Wilson
United States District Court Judge

# CERTIFICATE / PROOF OF SERVICE

I, Lillian Marquez, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 350 South Grand Avenue, Suite 2300, Los Angeles, California 90071.

On **May 31, 2023**, I served a copy of the following document(s) described below on the interested parties in this action, as follows:

## [PROPOSED] JUDGMENT

| | |
|---|---|
| Taylor M. Prainito, Esq.<br>Michael a. Zelman, Esq.<br>Parth N. Shah, Esq.<br>SOUTHERN CALIFORNIA LABOR LAW GROUP, PC<br>1875 Century Park East, Suite 480<br>Los Angeles, California 90067<br>Tel.: (424) 231-2366<br>Fax: (323) 319-5148<br>Emails: tprainito@scllgpc.com<br>           mzelman@scllgpc.com<br>           pshah@scllgpc.com<br>Yana Tochitsky - ytochitsky@scllgpc.com<br>Kelvin Monroy - kmonroy@scllgpc.com | Attorneys for Plaintiff,<br>ATHENA QUESADA |

☐ **BY E-MAIL OR ELECTRONIC TRANSMISSION:** I electronically served the documents on the date shown below to the e-mail addresses of the person listed below. I did not receive within a reasonable time after the transmission any electronic message or other indication that the transmission was unsuccessful.

☒ **ELECTRONICALLY:** I caused a true and correct copy thereof to be electronically filed using the Court's Electronic Court Filing ("ECF") System and service was completed by electronic means by transmittal of a Notice of Electronic Filing on the registered participants of the ECF System.

☒ **FEDERAL:** I declare that I am employed in the office of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America and State of California that the above is true and correct.

Executed on **May 31, 2023**, at Los Angeles, California.

*/s/ Lillian Marquez*
Lillian Marquez